. It is ordered that these cases be restored to the docket for reargument, as the first cases for hearing April 10 next, on the question whether the decree in the District Court, from which these are appeals, is in conformity with the opinion of this court in *United States* v. *Reading Co.*, 253 U. S. 26, and that the Attorney General be advised of this order.

---

No. 75. PUEBLO OF LAGUNA *v.* JOSE CANDELARIA ET AL. Appeal from the District Court of the United States for the District of New Mexico. Argued January 12, 13, 1922. Decided February 27, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.*, 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham*, 253 U. S. 193, 195. *Mr. Francis C. Wilson* for appellant. *Mr. Frank W. Clancy* for appellees.

---

No. 112. P. H. HARRIS *v.* UNITED STATES. Appeal from the Circuit Court of Appeals for the Eighth Circuit. Argued January 25, 1922. Decided February 27, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *United States* v. *Krall*, 174 U. S. 385, 389–391; *German National Bank* v. *Speckert*, 181 U. S. 405, 409; *United States* v. *Beatty*, 232 U. S. 463, 466. *Mr. Charles B. Stuart, Mr. John F. Sharp* and *Mr. Marion K. Cruce*, for appellant, submitted. *Mr. Assistant Attorney General Riter*, with whom *Mr. Solicitor General Beck* and *Mr. H. L. Underwood* were on the brief, for the United States.

---

No. 115. MISSOURI PACIFIC RAILROAD COMPANY *v.* IZARD COUNTY HIGHWAY IMPROVEMENT DISTRICT No. 1. Error to the Supreme Court of the State of Arkansas. Submitted January 26, 1922. Decided February 27, 1922. *Per Curiam.* Dismissed for want of jurisdiction. Section